

Opinions of the United
States Court of Appeals
for the Third Circuit

2007 Decisions

2-22-2007

# Budiyono v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-3737

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Budiyono v. Atty Gen USA" (2007). *2007 Decisions*. Paper 1584.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1584

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 05-3737

_____

FNU BUDIYONO,
Petitioner

v.

ATTORNEY GENERAL OF
THE UNITED STATES,
Respondent

_____

On Petition for Review of an Order of
The Board of Immigration Appeals
Immigration Judge:  Honorable Miriam K. Mills
(No. A96-203-450)

_____

Submitted Under Third Circuit LAR 34.1(a)
June 7, 2006

Before: AMBRO, FUENTES and GREENBERG, Circuit Judges

(Filed June 28, 2006 )

**ORDER  AMENDING  NOT PRECEDENTIAL  OPINION**

AMBRO, *Circuit Judge*

IT IS NOW ORDERED that the Not Precedential Opinion in the above case filed June 28, 2006, be amended as follows:

On page six, line ten, delete the word "a" after "in" and before "another" so that the phrase reads "to a brief submitted in another petition".

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: February 22, 2007